FILED

02/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0389

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0389

---

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

GREGORY SCOTT GREEN,

      Defendant and Appellant.

---

**ORDER**

---

Upon consideration of Respondent's motion for a 45-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Respondents are granted an extension of time to and including April 6, 2022, within which to prepare, serve, and file its response brief.

RB

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 7 2022